FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTHEW RYAN SEXTON, | No. 10-35055 |
| Petitioner - Appellant, | D.C. No. 3:06-cv-00209-AC |
| | District of Oregon, |
| v. | Portland |
| MIKE COZNER, Superintendent, MacLaren Youth Correctional Facility, | ORDER |
| Respondent - Appellee. | |

Before: TASHIMA, TALLMAN, and IKUTA, Circuit Judges.

The opinion filed on May 13, 2012, is AMENDED as follows: The phrase "and Sexton does not present a substantial claim that PCR counsel was ineffective" on page 17 of the opinion is replaced with "and Sexton does not present a substantial claim that trial counsel was ineffective.".

An amended opinion will be filed concurrently with this order.